294

760 A.2d 368

COMMONWEALTH of Pennsylvania, Respondent,

v.

Daniel HARPER, Petitioner.

Supreme Court of Pennsylvania.

Sept. 28, 2000.

## *ORDER*

PER CURIAM:

AND NOW, this 28 th day of September, 2000, the Petition for Allowance of Appeal is granted. The order of the Superior Court is reversed. The judgment of sentence is vacated. See, *Commonwealth v. Matos*, 543 Pa. 449, 672 A.2d 769 (1996).